IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDIE RAE HULFORD,<br><br>Defendant. | CR 21–16–BU–DLC<br><br><br><br>ORDER |

The Court is currently set to sentence Defendant Brandie Rae Hulford on February 3, 2022 at 10:30 a.m.

Accordingly, IT IS ORDERED that Ms. Hulford shall appear at this hearing remotely from the Cascade County Detention Center in Cascade County, Montana. If Ms. Hulford objects to appearing at sentencing remotely, she shall notify the Court of her objection on or before January 31, 2022.

DATED this 27th day of January, 2022.

Dana L. Christensen, District Judge
United States District Court

1